IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10-CV-0062

| | |
|---|---|
| ELECTRICAL WORKERS PENSION TRUST FUND OF IBEW LOCAL UNION NO. 58, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>         PLAINTIFF, <br><br> vs. <br><br> COMMSCOPE, INC., <br> FRANK M. DRENDEL, <br> JEARLD L. LEONHARDT AND <br> BRIAN GARRETT, <br>         DEFENDANTS. | **INITIAL SCHEDULING ORDER** |

Counsel for proposed lead Plaintiff and Defendants, having jointly moved for entry of an Initial Scheduling Order, and good cause therefore being shown, IT IS HEREBY ORDERED that:

1. The Defendants are relieved of any obligation to answer or otherwise respond to the Complaint filed in this case on May 12, 2010. Instead, Defendants shall respond to an Amended Complaint to be filed by the lead Plaintiff appointed by the Court, as set forth below.

2. Not later than sixty (60) days after entry of an order naming lead Plaintiff and lead counsel, lead Plaintiff shall file an Amended Complaint.

3. Not later than forty-five (45) days after service of the Amended Complaint on Defendants' attorneys, Defendants shall serve responsive pleadings, move to dismiss or otherwise respond to the Amended Complaint.

4. In the event that Defendants move to dismiss, lead Plaintiff shall have forty-five (45)

days to file and serve their response(s) to such motion(s).

5. Defendants shall file any reply brief in support of their motion(s) to dismiss not later than thirty (30) days after service of lead Plaintiff's response.

6. Unless otherwise ordered, if the Defendants' motion(s) to dismiss is denied,

   (a) Defendants shall have forty (40) days following entry of the order denying the motion(s) within which to file Defendants' Answer to the Amended Complaint; and

   (b) Counsel for the Defendants and the lead Plaintiff will conduct the Initial Attorney's Conference required by Local Rule 16.1(A) and file the Certification of Initial Attorney's Conference referenced in Local Rule 16.1(B) within 20 days following entry of the order denying the motion(s).

**SO ORDERED.**

Signed: August 20, 2010

David S. Cayer
United States Magistrate Judge