# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:10-CV-62-RLV-DSC

| | |
|---|---|
| ELECTRICAL WORKERS PENSION TRUST FUND OF IBEW LOCAL UNION NO. 58, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| COMMSCOPE, INC., FRANK M. DRENDEL, JEARLD L. LEONHARDT and BRIAN GARRETT, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of Stephen R. Astley, Jack Reise, and Michael L. Greenwald]" (documents #14-16). For the reasons stated therein, the Motions shall be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

Signed: August 20, 2010

David S. Cayer
United States Magistrate Judge