IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-62-RLV-DSC

| | |
|---|---|
| ELECTRICAL WORKERS PENSION TRUST FUND OF IBEW LOCAL UNION NO. 58, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| COMMSCOPE, INC., FRANK M. DRENDEL, JEARLD L. LEONHARDT and BRIAN GARRETT, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of Benjamin Lee and B. Warren Pope]" (documents #18 and 19). For the reasons stated therein, the Motions shall be granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 27, 2010

David S. Cayer
United States Magistrate Judge