# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:10-CV-00062-RLV-DSC

| | |
|---|---|
| ELECTRICAL WORKERS PENSION TRUST FUND OF IBEW LOCAL UNION NO. 58, et. al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COMMSCOPE, INC., et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the " Application for Admission to Practice Pro Hac Vice [for M. Robert Thornton]" (document #38) filed July 16, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: July 17, 2013

David S. Cayer
United States Magistrate Judge