**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:10CV62**

| | | |
|---|---|---|
| **ELECTRICAL WORKERS PENSION TRUST** | ) | |
| **FUND OF IBEW LOCAL UNIONS NO. 58** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **SCHEDULING ORDER** |
| | ) | |
| **COMMSCOPE, INC. et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own Motion.  A Jury Trial is currently scheduled in the above captioned matter during our September 3, 2013, trial term in the Statesville Division.

On July 11, 2013, the Court put this matter on its September 2013 trial term. On July 17, 2013, the Court received a letter from the parties seeking clarification regarding the Notice setting this matter for trial during our September 2013 trial term.  The Court is aware there is an outstanding Motion To Dismiss in this case.  As stated in an email to the parties on July 17, 2013, the intent of this Court is to rule on the Motion by August 5, 2013. Therefore, the Court will be scheduling a Status Conference during our August 2013, term.

**IT IS, THEREFORE, ORDERED** that a Status Conference is hereby set for **August 7 2013, at 10:00 AM**, in Statesville, North Carolina, at the Statesville Courthouse.

Signed: July 18, 2013

Richard L. Voorhees