# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Electrical Workers Pension Trust Fund of IBEW Local Union No. 58, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 5:10-cv-00062-RLV-DSC |
| vs. | ) ) | |
| CommScope, Inc., Frank M. Drendel, Jerald L. Leonhardt and Brian Garrett, | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2013 Memorandum and Order.

August 6, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court